

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2014

No. 04-13-00338-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-270
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

    The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is deemed filed as of October 1, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court